UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:24-cv-00660-JSS-LHP

HOWARD COHAN,

    Plaintiff,

vs.

BOB EVANS RESTAURANTS, LLC
Foreign Limited Liability Company
d/b/a BOB EVANS RESTAURANT 452

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, BOB EVANS RESTAURANTS, LLC, Foreign Limited Liability Company, d/b/a BOB EVANS RESTAURANT 452, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED June 5, 2024.

| By: **/s/ Gregory S. Sconzo** | By: **/s/ Liana R. Hollingsworth** |
|---|---|
| Gregory S. Sconzo, Esq. | Liana R. Hollingsworth (Florida Bar #0076930) |
| Florida Bar No.: 0105553 | |
| Sconzo Law Office, P.A. | Vorys, Sater, Seymour and Pease LLP |
| 3825 PGA Boulevard, Suite 207 | 200 Public Square, Suite 200 |

| | |
|---|---|
| Palm Beach Gardens, FL 33410 | Cleveland, Ohio 44114 |
| Telephone: (561) 729-0940 | (216) 479-6152 |
| Facsimile: (561) 491-9459 | lrhollingsworth@vorys.com |
| Email: greg@sconzolawoffice.com | *Attorney for Defendant* |
| Email: perri@sconzolawoffice.com | *Bob Evans Restaurants, LLC* |
| Attorney for Plaintiff | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**